UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHEILA GREENBERG and BUDDIE GREENBERG,

                              Plaintiffs,

                  **MOTION REMANDING THE**
                  **ACTION TO STATE COURT**

-against-

                  Index No. 10675-07

HOME DEPOT U.S.A., INC.

                  07 CIV 10675

                              Defendant.

-----------------------------------------------------------------X

      The Plaintiffs, SHEILA GREENBERG and BUDDIE GREENBERG by their attorneys, DAVIDSON & COHEN, P.C. hereby moves this Court for an Order remanding the above entitled action to the Supreme Bronx State Court from whence the action was removed, on the grounds that notice of removal was untimely, so that all further proceedings of the matter including the trial may be had in this Court of original jurisdiction.

Dated:  Rockville Centre, New York
            December 12, 2007

                                              Yours, etc.

                                              Janet L.H. Smitelli, Esq.
                                              DAVIDSON & COHEN, P.C.
                                              Attorneys for Plaintiff
                                              265 Sunrise Highway
                                              Rockville Centre, New York 11570
                                              (516) 763-6700

TO:   D'Amato & Lynch, LLP
        Attorneys for Defendant
        70 Pine Street
        New York, New York 10270-0110

MICROFILMED FEB - 1 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-08

#1335

1